**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **DAVID PATRICK ANDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 4:26-cv-00591-CDL-ALS** |
| **v.** | : | |
| | : | |
| **Sheriff GREG COUNTRYMAN, *et al.*,** | : | |
| | : | |
| **Defendant.** | : | |

## DISMISSAL ORDER

*Pro se* Plaintiff David Patrick Anderson, filed a complaint under 42 U.S.C § 1983 while he was an inmate in the Muscogee County Jail in Columbus, Georgia. ECF No. 1. On July 23, 2026, Plaintiff was ordered to recast his complaint and was provided with instructions on how to do so. ECF No. 7. Plaintiff was given fourteen (14) days to comply with the Court's Order and was informed that failure to fully and timely comply with an Order of the Court could result in dismissal of this action. *Id*. Plaintiff did not respond. Moreover, mail sent by the Court to the Plaintiff has been returned indicating that he is no longer incarcerated in the Muscogee County Jail. ECF No. 8. A search of online records for the Muscogee County Jail reveals that Plaintiff was released from their custody on July 14, 2026. Muscogee County Inmate Search, https://portal-gamuscogee.tylertech.cloud/app/ViewJailing/#/jailing/480188 [https://perma.cc/VWQ5-8QKM] (search "Anderson, David Patrick") (last viewed August 14, 2026). Plaintiff has failed to notify the Court of his current address.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 17th day of August, 2026.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA